# TABLE OF CONTENTS

**Page**

**TABLE OF CONTENTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

**TABLE OF AUTHORITIES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vi

I.    INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    A.    Status of Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    B.    Format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

II.    STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    A.    Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    B.    Criminal Acts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

        1.    Dutch Girl Dairy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

        2.    Detroit Ranger Station . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

        3.    Oakridge Ranger Station . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

        4.    Cavel West . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

        5.    Burns BLM Wild Horse Corrals . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

        6.    USDA APHIS and ADC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

        7.    Redwood Coast Trucking Company . . . . . . . . . . . . . . . . . . . . . . . . . 19

        8.    Wayne Bare Trucking Company . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

        9.    Rock Springs BLM Wild Horse Corrals . . . . . . . . . . . . . . . . . . . . . . 21

        10.    Vail Ski Resort . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

        11.    U.S. Forest Industries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

# TABLE OF CONTENTS (cont.)

**Page**

| | | | |
|---|---|---|---|
| | 12. | Childers Meat Company | 28 |
| | 13. | Boise Cascade | 30 |
| | 14. | BPA Transmission Tower | 32 |
| | 15. | West University Public Safety Substation | 34 |
| | 16. | Superior Lumber Company | 36 |
| | 17. | Romania Chevrolet Truck Center | 38 |
| | 18. | Jefferson Poplar Farm | 40 |
| | 19. | University of Washington Horticulture Center | 43 |
| | 20. | Litchfield BLM Wild Horse Corrals | 45 |
| III. | APPLICABLE LAW AND SENTENCING GUIDELINES | | 48 |
| | A. | Maximum Penalties | 48 |
| | | 1. Conspiracy | 48 |
| | | 2. Arson or Attempted Arson | 48 |
| | | 3. Destruction of Energy Facility | 48 |
| | B. | Sentencing Guidelines | 48 |
| | | 1. Offense Conduct | 48 |
| | |    a. Conspiracy | 48 |
| | |    b. Arson | 49 |
| | |    c. Destruction of an Energy Facility | 49 |

## **TABLE OF CONTENTS (cont.)**

**Page**

| | | | |
|---|---|---|---|
| 2. | | Terrorism Adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50 | |
| | a. | History of U.S.S.G. § 3A1.4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53 | |
| | b. | Applicable Case Law . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55 | |
| | c. | Application to Individual Offenses . . . . . . . . . . . . . . . . . . . . . . . 59 | |
| | | (1) Oakridge Ranger Station . . . . . . . . . . . . . . . . . . . . . . . . . . 60 | |
| | | (2) Burns BLM Wild Horse Corrals . . . . . . . . . . . . . . . . . . . . 60 | |
| | | (3) Rock Springs BLM Wild Horse Corrals . . . . . . . . . . . . . 61 | |
| | | (4) Litchfield BLM Wild Horse Corrals . . . . . . . . . . . . . . . . 61 | |
| | | (5) BPA Transmission Tower . . . . . . . . . . . . . . . . . . . . . . . . 61 | |
| | | (6) Cavel West . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62 | |
| | | (7) Vail Ski Resort . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62 | |
| | | (8) West University Public Safety Substation . . . . . . . . . . . . 63 | |
| | | (9) U.S. Forest Industries . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64 | |
| | | (10) Boise Cascade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64 | |
| | | (11) Superior Lumber Company . . . . . . . . . . . . . . . . . . . . . . . 64 | |
| | | (12) Romania Chevrolet Truck Center . . . . . . . . . . . . . . . . . . 65 | |
| | | (13) Jefferson Poplar Farm . . . . . . . . . . . . . . . . . . . . . . . . . . . 66 | |
| | | (14) University of Washington . . . . . . . . . . . . . . . . . . . . . . . . 66 | |

# TABLE OF CONTENTS (cont.)

**Page**

      d.    Application to Individual Defendants . . . . . . . . . . . . . . . . . . . . . . 67

          (1)    Stanislas Gregory Meyerhoff . . . . . . . . . . . . . . . . . . . . . . . 68

          (2)    Kevin Tubbs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

          (3)    Chelsea Dawn Gerlach . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

          (4)    Daniel Gerard McGowan . . . . . . . . . . . . . . . . . . . . . . . . . . 69

          (5)    Nathan Fraser Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

          (6)    Joyanna L. Zacher . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

          (7)    Suzanne Savoie . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

          (8)    Kendall Tankersley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

          (9)    Jonathan Paul . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

          (10)  Darren Todd Thurston . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

      e.    Upward Departure as an Alternative . . . . . . . . . . . . . . . . . . . . . . 71

   3.    Departure for Substantial Assistance . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

   4.    Other Factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

**IV.**   **INDIVIDUAL DEFENDANTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

   1.    William Christopher Rodgers (deceased) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

   2.    Stanislas Gregory Meyerhoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

   3.    Kevin Tubbs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84

   4.    Chelsea Dawn Gerlach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90

   5.    Daniel Gerard McGowan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97

**TABLE OF CONTENTS (cont.)**

**Page**

6.  Nathan Fraser Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109

7.  Joyanna L. Zacher . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115

8.  Jennifer Lynn Kolar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120

9.  Suzanne Nicole Savoie . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123

10. Kendall Tankersley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127

11. Darren Todd Thurston . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131

12. Jonathan Mark Christopher Paul . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 140