# TABLE OF AUTHORITIES

**FEDERAL CASES**            **Page**

*Blumenthal v. United States,* 332 U.S. 539 (1947) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

*Johnson v. Gomez*, 92 F.3d 964 (9th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

*Pinkerton v. United States*, 328 U.S. 640 (1946) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

*United States v. Arnaout,* 431 F.3d 994 (7th Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

*United States v. Beecroft*, 608 F.2d 753 (9th Cir. 1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

*United States v. De Amaris,* 406 F. Supp. 2d 748 (S.D. Texas 2005) . . . . . . . . . . . . . . . . . . 58, 64

*United States v. Dowell*, 430 F.3d 1100 (10th Cir. 2005), *cert. denied,* 127 S. Ct. 44 (2006) . . . 55

*United States v. Graham*, 275 F.3d 490 (6th Cir. 2001), *cert. denied*,
    535 U.S. 1026 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55-57

*United States v. Hale*, 448 F.3d 971 (7th Cir. 2006), *cert. denied*, 127 S. Ct. 1020 (2007) . . 55, 57

*United States v. Harris,* 434 F.3d 767 (5th Cir. 2005), *cert denied*, 126 S. Ct. 1897 (2006) . 55, 58

*United States v. Kearney,* 560 F.2d 1358 (9th Cir. 1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

*United States v. Mandhai,* 375 F.3d 1243 (11th Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . 57-58

*United States v. Nichols*, 169 F.3d 1255 (10th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

*United States v. Salim*, 387 F. Supp. 2d 250 (S.D.N.Y. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . 56

*United States v. Sanders*, 67 F.3d 855 (9th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

*United States v. Wells*, 163 F.3d 889 (4th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

## STATUTES

18 U.S.C. § 371  . . . . . 2, 48, 51, 57, 59, 67-68, 71, 80, 86, 93, 106, 112, 117, 125, 129, 137, 145

18 U.S.C. § 844(f)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 48-49, 59-61

18 U.S.C. § 844(f)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 137

18 U.S.C. § 844(f)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

18 U.S.C. § 844(f)(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

18 U.S.C. § 844(i)  . . . . . 2-3, 48-49, 59, 62-66, 71, 80, 86, 93, 106, 112-113, 117, 125, 129, 145

18 U.S.C. § 1361  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59-61

18 U.S.C. § 1366  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59, 61

18 U.S.C. § 1366(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 48-49, 80, 93

18 U.S.C. § 2331  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

18 U.S.C. § 2332b(b)(1)(C) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

18 U.S.C. § 2332b(g) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 54, 71

18 U.S.C. § 2332b(g)(5)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55-56, 63

18 U.S.C. § 2332b(g)(5)(A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 58, 64-65, 67

18 U.S.C. § 2332b(g)(5)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57-59, 61-62, 64, 71

18 U.S.C. § 3553(a) . . . . . . . . . . . . . . . . . . . . . . . 83, 89, 96, 108, 114, 119, 126, 130, 139, 146

18 U.S.C. § 3553(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

42 U.S.C. § 2284 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

## UNITED STATES SENTENCING GUIDELINES

U.S.S.G. § 2B1.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

U.S.S.G. § 2B1.3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49, 51

U.S.S.G. § 2K1.4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49-51

U.S.S.G. § 2X1.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

U.S.S.G. § 3A1.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 71

U.S.S.G. § 3A1.3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

U.S.S.G. § 3A1.4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50-58, 71-73

U.S.S.G. § 3B1.1(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130, 138

U.S.S.G. § 3B1.1(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83, 89

U.S.S.G. § 3B1.2(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130, 139

U.S.S.G. § 3B1.2(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 126

U.S.S.G. § 3D1.4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83, 89, 95, 108, 114, 119, 126

U.S.S.G. § 3E1.1 . . . . . . . . . . . . . . . . . . . . . . . . . . 83, 89, 95, 108, 114, 119, 126, 130, 139, 146

U.S.S.G. § 5K1.1 . . . . . . . . . . . . . . . . . . . . . . . . 73-74, 83, 96, 108, 114, 119, 126, 130, 139, 146

U.S.S.G. § 5K2.0 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

U.S.S.G. § 5K2.15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53