**B.**     <u>**Criminal Acts**</u>

**1.  Dutch Girl Dairy arson, Eugene, Oregon, December 25, 1995**



**Participant:**

Kevin Tubbs

During the night of December 24, 1995, Kevin Tubbs assembled three incendiary devices and walked to the Dutch Girl Dairy, located at 885 Grant Street, Eugene, Oregon, to start a fire. The incendiary devices were two one-liter plastic bottles filled with a flammable liquid and a timing device, consisting of paper matches wrapped around an incense stick which was placed into a fuel-soaked kitchen sponge.  When Tubbs arrived at the location, he climbed a chain link fence, which had the barbed wire cut, and made entry into the site.  Tubbs placed one device on each of three trucks and ignited them.  Prior to igniting the incendiary devices, Tubbs spray-painted "A.L.F.," "Go Vegan" and "Dairy = Death" on other trucks.  Tubbs left the facility and returned to his residence.

On December 25, 1995, at approximately 4:09 a.m., security guard Matthew Rhodes discovered the fire in one of the trucks and tried to extinguish it.  After emptying three fire extinguishers, Rhodes was able to put the fire out.  The Eugene Fire Department arrived and extinguished another truck which was on fire.  The third incendiary device was discovered in the

Page 6  -  **Government's Sentencing Memorandum**

wheel well of a third truck (see above photo).  The device had failed to function.  The Eugene

Police Bomb Squad responded to the scene and rendered the incendiary device safe.  The two

other incendiary devices had ignited and caused over $15,000 damage to the two trucks.

**2.  Detroit Ranger Station arson and attempted arson, Detroit, Oregon, October 28, 1996**





**Participants:**

Jacob Ferguson

Josephine Overaker

In the early morning hours of October 28, 1996, Phillip Ray Adams, a paper carrier with

*The Statesman Journal*, was delivering papers on his route when he observed a U.S. Forest

Service (USFS) truck on fire in the parking lot of the Detroit Ranger Station.  Subsequent

investigation determined this to be an arson fire.  Graffiti, including the words, "Earth Liberation

Front," were spray-painted on several trucks and some of the walls of one of the USFS

Page 7  -  **Government's Sentencing Memorandum**