buildings.[3]  The damage to the trucks and the buildings was approximately $21,500.  Two days later, a second incendiary device was found on the roof of one of the office buildings at the Detroit Ranger Station.  That device had failed to function.

Jacob Ferguson and Josephine Overaker were responsible for the arson and attempted arson at the Detroit Ranger Station.  Approximately 10 days prior to the arson, Ferguson and Overaker traveled  to "Anpo," a special use permit area in the Mount Hood National Forest where environmental protesters were residing.  On the way their vehicle broke down near Detroit, where Overaker made several phone calls from a pay telephone booth, in which she left an address book and some papers.  These were subsequently discovered and turned over to law enforcement.  With the help of toll records, investigators verified phone calls made to locations in Eugene where Overaker resided and to an auto parts store in search of a part for the disabled vehicle.  Because their vehicle could not be repaired at the time, Ferguson and Overaker obtained a ride from Detroit to Anpo.

After spending some time at Anpo, Ferguson and Overaker made two incendiary devices which they planned to use to set fire to the Detroit Ranger Station in Detroit, Oregon.  They placed the devices in backpacks, and then got a ride with Elisha Dimatteo to Detroit.  Ferguson and Overaker asked Dimatteo to stop at a state park across the street from the Detroit Ranger Station.  Ferguson and Overaker transported the incendiary devices in their backpacks while Dimatteo waited for them in the car.  Overaker helped Ferguson onto the roof of one of the buildings of the ranger station and handed him one of the devices, which he placed on the roof.  Overaker lit the incense sticks and handed them to Ferguson, who placed them on the device on

---

[3]  This was the first time an arson in the United States was attributed to ELF.

Page 8  -  **Government's Sentencing Memorandum**

the roof.  Ferguson and Overaker placed the other device in the back of one of the USFS pickup trucks.  They also spray-painted the graffiti on the trucks and walls of the building.  In addition to "Earth Liberation Front" and the anarchist "A," the graffitti read, "STOP RAPING OUR FORESTS U.S.F.S."  They then ran back to the car but did not tell Dimatteo what they had done.  Dimatteo then drove them to Eugene.

**3.  Oakridge Ranger Station arson, Oakridge, Oregon, October 30, 1996**

**Participants:**

Jacob Ferguson
Kevin Tubbs
Josephine Overaker



In the early morning hours of October 30, 1996, Russell Toney, a newspaper carrier, was making deliveries on his route when he observed a glow of fire and smoke emanating from the Oakridge Ranger Station.  He reported the fire by calling 911 on his cell phone.  Investigation determined it to be an arson fire, caused by the introduction of gasoline which was subsequently ignited near the ranger station's computer room.  Damage was estimated to be $3,316,150 to replace the building, and $1,758,039 for the contents, for a total loss of $5,074,189, in addition to a vast amount of lost research material.