Jacob Ferguson, Kevin Tubbs and Josephine Overaker were responsible for the arson at the Oakridge Ranger Station. The site was selected because of their familiarity with it during their opposition to the Warner Creek timber sale. Ferguson and Tubbs had disrupted a timber auction there sometime earlier, and Ferguson had also been involved in gluing locks and spreading compost at the ranger station on an earlier date. As a result he and Tubbs knew the ranger station lacked security and would be an easy target.

The three of them drove to Oakridge in the Subaru borrowed from Elisha Dimatteo. On the way, they stopped beside the road on Highway 58 near a "Welcome to the Willamette National Forest" sign. The components of the incendiary devices had already been assembled. Ferguson poured fuel into the jugs and placed them in backpacks. They got back inside, and Tubbs drove the vehicle. He parked across the street from the ranger station on a dead-end gravel road and remained in the car as a lookout. Ferguson and Overaker ran with the backpacks across the street and to the back of the ranger station. Ferguson placed one incendiary device in a recycling dumpster at the southwest corner of the ranger station. He placed the other device on the outside of one of the walls. Overaker was supposed to but did not spray paint graffiti on the walls of the ranger station. She and Ferguson ran back to the car, and on the way, Ferguson threw nails onto the driveway in an attempt to slow down responding emergency vehicles. They then drove west on Highway 58 and stopped at the Lowell Bridge, where they discarded in the reservoir the gloves they had worn during the arson. They drove on back roads to Eugene and slept at Tubbs' house. The next day, Ferguson purchased new tires for the Subaru and discarded the old tires at various locations. They did not tell Dimatteo about her vehicle being used in the arson.

Page 10 - **Government's Sentencing Memorandum**

**4. Cavel West arson, Redmond, Oregon, July 21, 1997**



**Participants:**

Jonathan Paul

Jennifer Kolar

Joseph Dibee

Kevin Tubbs

Jacob Ferguson

Cavel West was a horse meat processing plant located at 1607 S.E. Railroad Blvd. in Redmond, Oregon. Purchased in 1988, it was owned by Velda NUSA Corporation, Zele, Belgium, whose principal business was exporting horse meat to Europe.

On July 21, 1997, at approximately 4:00 a.m., Michael Swift, a Franz Bread route salesman, was loading his delivery vehicle parked behind the bread store in Redmond. He looked up and saw flames and smoke coming from the Cavel West plant. Running into the Franz store, he called 911 dispatch and reported the fire.

Within minutes, the Redmond Fire Department responded to the fire. Redmond Police Officer Larry Prince, the first law enforcement officer to arrive at the scene, videotaped a portion of the fire with his dashboard camcorder. Subsequent investigation determined this to be an arson fire, caused by introduction of an incendiary device containing an ignitable liquid. Two other incendiary devices had also been placed at the facility but did not function. The buildings at Cavel West were completely destroyed, with the loss estimated to exceed the insured value of