$1,211,388.76.  A few days after the fire, a communique was issued attributing responsibility for the arson to the Animal Liberation Front.

Approximately four months before the arson, Kevin Tubbs surveilled and selected Cavel West as a target and recruited others to join him in the crime.  About a week before the fire, Tubbs and Jacob Ferguson met Jonathan Paul, Joseph Dibee and another person to conduct a "dry run" in preparation for the arson.  Tubbs and Ferguson drove to Central Oregon in Tubbs' Dodge van, registered under the false name of Ron Calloway, to look for a staging area.  They found a site on BLM property near Redmond.  Once there, they were joined by Paul, Dibee and another person, all of whom got into Tubbs' van and drove to Cavel West for the dry run.

As the agreed upon date grew closer, the other person advised she would be unable to participate.  Paul then recruited Jennifer Kolar, a girlfriend from Colorado, to participate in the arson, and reimbursed her for her travel.  Once she arrived, Kolar and Paul purchased numerous bars of a glycerine type soap, which they cut into small pieces.  They added the soap to a fuel mixture of gasoline and diesel, mixed the ingredients in blenders into a gel, and tested it at Paul's house in Williams, Oregon.  Dibee was responsible for preparing the timing devices.

The night of the arson, Ferguson and Tubbs met Paul, Kolar and Dibee in Eugene to discuss their plan.  Tubbs drove his van and Paul drove his Blazer to a staging area west of Redmond.  Everyone dressed in dark clothing, ski masks, dark shoes and gloves, and then dug a large hole in which to bury their clothes after the crime.  They got into Tubbs' van and drove to Cavel West, leaving Paul's vehicle at the staging area.

Tubbs dropped everyone else off near the McDonald's restaurant.  Tubbs, Paul and Ferguson each had radios.  Ferguson, Paul, Kolar and Dibee crossed the railroad tracks, with

Page 12  -  **Government's Sentencing Memorandum**

Ferguson carrying buckets of fuel, and Dibee had the timing devices.  Dibee began drilling holes behind the refrigeration units, using nearby noise to muffle the sounds of the drill.  He poured ignitable liquid into the drilled holes, stuffed rags into the holes and placed buckets under the rags.  Three separate incendiary devices were placed in and around the buildings.  As Dibee was preparing one of the incendiary devices, it ignited prematurely, causing them to abandon the remainder of their plan.

They all ran back to the van, drove to the staging area, took off their clothes, shoes, masks and gloves and put them in the previously-dug hole, poured muriatic acid on them, and covered the hole with dirt.  As they were leaving the area, they concealed their tire tracks by sweeping them with branches.

Tubbs wrote the communique at a public library and sent it to Craig Rosebraugh in Portland and to the ALF press office.  In addition to detailing how the arson was committed, the communique bragged that the event "would bring to a screeching halt what countless protests and letter writing campaigns could never stop."  It boasted that $1,000,000 in damages resulted and "the entire plant is currently closed and out of operation!"

Page 13  -  **Government's Sentencing Memorandum**

**5. Burns BLM Wild Horse Corrals arson, Burns, Oregon, November 30, 1997**



**Participants:**

Jacob Ferguson

Kevin Tubbs

Josephine Overaker

William Rodgers

Rebecca Rubin

At approximately 8:00 a.m. on Sunday, November 30, 1997, Wendy Catterson, a BLM livestock handler, arrived at the BLM Wild Horse Corrals near Burns, Oregon, to feed the horses. She observed a new lock on the main gate, and another lock which had been cut open lying on the ground nearby. Minutes later, Lester Duke, another BLM employee, arrived to assist Catterson. He also saw the lock which had been cut off and observed that a new one had replaced it. Unable to enter the corrals area, both got into Catterson's pickup and drove to her residence to use the telephone. She called Dean Bolstad, the BLM Burns District Wild Horse Specialist, who told her to cut the new lock off the gate. On their way back to the corrals at approximately 8:45 a.m., Catterson and Duke noticed smoke and observed the barn on fire. Catterson contacted the police. Once entry was gained into the corrals, she observed the fire was smoldering with just a few flames remaining. A Burns Police Department reserve officer and tracker responded to the scene and determined that at least one vehicle had been used and at least four persons had entered the corrals facility. Fire investigators determined this to be an arson fire, caused by several incendiary devices in the barn. The damage was estimated at $120,987.61

Page 14  -  **Government's Sentencing Memorandum**