the front of the building, under the computer room window facing the street.

Sometime before Christmas, Jacob Ferguson, Kevin Tubbs and Kendall Tankersley performed a "dry run" of the U.S. Forest Industries building in Medford.  Afterward, they picked a date for the arson, but decided they needed a fourth person to assist them.  Tubbs was friends with Rebecca Rubin at the time, so he recruited her to assist.

Ferguson prepared the timed incendiary devices, and on the night or early morning of the arson, Ferguson, Tubbs, Tankersley and Rubin drove to the agreed upon site in Medford. Tankersley was given a radio to communicate with the others and was dropped off approximately a block away to serve as the "lookout."  She ran across the highway and hid in a nearby ditch.  Tubbs, the driver of the vehicle, a van, parked up the street from the office. Ferguson and Rubin carried the incendiary devices to the office where Ferguson set up one device with two five- gallon buckets filled with a fuel mixture, and placed them in front of the building behind some bushes, while Rubin stood nearby and watched for others.  Ferguson was going to place another device under a nearby stairwell but decided against it, fearing it might be seen by passersby.  They then called Tankersley to alert her they were coming, picked her up where they had let her off, and drove back to Eugene.

Having heard or read nothing in the news media about a fire at U.S. Forest Industries, Ferguson decided to drive by the business while en route to Sacramento to visit his mother over Christmas.  As he did so, he observed that the buckets of fuel were still in place.  Once he arrived in Sacramento, Ferguson called Tankersley and asked her to retrieve the device, which had apparently malfunctioned.  She agreed and asked another person to drive to Medford with her.  Once they arrived, Tankersley saw the five-gallon buckets behind the bushes in front of the

Page 26  -  **Government's Sentencing Memorandum**

building, but did not remove them.  She did not tell the other person why they were there.

Shortly after Christmas, Ferguson again called Tankersley, asking her to meet him in Ashland.  She did so and met Ferguson, who had his son with him.  Tankersley parked her vehicle, a pickup truck, and the three of them drove to the U.S. Forest Industries building in Ferguson's Subaru.  Tankersley parked on a street in a nearby residential area.  Ferguson walked to the front of the U.S. Forest Industries building and found the two buckets still there, although the fuel had evaporated significantly.  He created a new ignition device consisting of sponges, matches and a cigarette.  This time the device worked, and the fire spread very quickly. Tankersley and Ferguson drove to Dunsmuir, California, with Ferguson driving the pickup truck and Tankersley, the Subaru.  When they arrived in Dunsmuir, Tankersley rented a room under a false name in a local motel, and Ferguson sneaked inside.

In mid-January, a communique was issued attributing the arson to the ELF.  Bragging that ELF had cost "these greedy bastards" a half-million dollars, the communique added:

> This was done in retribution for all the wild forests and animals lost to feed the wallets of greedy fucks like Jerry Bramwell, U.S.F.I. President.  This action is payback and it is a warning, to all others responsible[,] we do not sleep and we won't quit.  For the future generations we will fight back.

**12.  Childers Meat Co. arson, Eugene, Oregon, May 9, 1999**



**Participants:**

Jacob Ferguson

Stanislas Meyerhoff

Kevin Tubbs

Josephine Overaker

Chelsea Gerlach

Another person

In the early morning hours of May 9, 1999, Mike Siewert, a passing motorist, observed a fire at the Childers Meat Company located at 29476 Airport Road in Eugene, Oregon. Siewert immediately called 911, and the Lane Rural Fire Department responded within minutes, assisted shortly afterward by the Eugene Fire Department. Firemen initially discovered flames were extending out the second floor east windows, and the east entrance to the office was fully engulfed in flames. Despite prompt response and vigorous attempts by firemen to suppress the fire, the building was a total loss, with the damage estimated at $1,177,000.

Investigation determined this to be an arson fire, caused by the placement of two incendiary devices on the exterior of the office, one in the southwest corner of the entrance alcove and one on the west side at the junction between the single and two-story buildings.

Page 28 - **Government's Sentencing Memorandum**