Jacob Ferguson, Stanislas Meyerhoff, Kevin Tubbs, Chelsea Gerlach, Josephine Overaker and another person were involved in the arson at the Childers Meat Company.[5] The arson was Tubbs' idea, and he and Ferguson did an initial "recon" by driving by the location.

On the day of the arson, Tubbs drove the group in a van to the area. Ferguson, Overaker and the other person were dropped off across the street and ran to the meat company to set up the incendiary devices, which Ferguson had helped make. They had to cut through a fence, which was the responsibility of Overaker and the other person. Ferguson placed the devices and set the timers on both to go off at the same time. The other person assisted while Overaker stood nearby as a lookout. Meyerhoff and Gerlach also served as lookouts.

After setting up the incendiary devices, the other person called Tubbs on the radio, signaling him to pick them up. Once in the van, Ferguson, Overaker and the other person removed their clothes and placed them in plastic bags, disposing of them in various dumpsters around Eugene. As they reached the Beltline Highway, they heard on their scanner that the fire had been reported.

Afterward, a communique was prepared which attributed the arson to ALF. The communique described the specifics of the arson, including the observations that incendiary devices were "strategically placed . . . near a natural gas line." It added:

> As long as companies continue to operate and profit off of Mother Earth and Her sentient beings, the Animal Liberation Front will continue to target these operations and their insurance companies until they are all out of business.

---

[5] Although identified, the "other person" has not yet been indicted.

Page 29 - **Government's Sentencing Memorandum**

**13. Boise Cascade arson, Monmouth, Oregon, December 25, 1999**



**Participants:**

Jacob Ferguson

Stanislas Meyerhoff

Josephine Overaker

Chelsea Gerlach

In the early morning hours of December 25, 1999, a fire broke out at the Boise Cascade regional headquarters located at 450 N. Pacific Highway, Monmouth, Oregon. Boise Cascade is a large wood products company. Its building was protected by an intrusion alarm system monitored by Sonitrol, which called 911 at 4:47 a.m. to report an alarm in the break room. Monmouth Police Officer J.J. Mandujano responded to the scene and, as he approached, he observed smoke in the air and flames coming through the roof. Polk County Fire Department responded soon thereafter and discovered the roof assembly fully engulfed in flames.

Investigation determined this to be an arson fire, caused by placing two time-delayed electric incendiary devices on the building's exterior, one at the corner by the east side of the southwest entrance, and the other at the corner by the east side of the northwest entrance. Damage was estimated to be $1,689,593.

Jacob Ferguson, Stanislas Meyerhoff, Chelsea Gerlach and Josephine Overaker were responsible for the arson at Boise Cascade. Kendall Tankersley had mentioned Boise Cascade as

Page 30  -  **Government's Sentencing Memorandum**

a potential target to Ferguson and Kevin Tubbs, and the three of them drove to Boise Cascade to check it out.  Ferguson and Meyerhoff agreed on Boise Cascade for the arson because it was a large corporation involved in timber sales and it was a wooden structure that would burn easily. Tubbs opted out, believing it would be risky because Monmouth was the site of a law enforcement training institution.

Ferguson, Meyerhoff and Gerlach first "reconned" Boise Cascade, and afterward Ferguson attempted to get William Rodgers to participate.  Rodgers declined because he wanted to take a break after committing the arson at the Vail ski resort.

Ferguson and Meyerhoff made the timing devices, and Overaker and Gerlach prepared the buckets of fuel, which they put in black garbage bags and then in large boxes wrapped in Christmas paper to further conceal them.

On the day of the arson, Ferguson, Meyerhoff, Overaker and Gerlach drove to Monmouth in a van, arriving between 12:30 and 1:00 a.m.  When they were close to the site, they opened the Christmas-wrapped boxes and tore off the garbage bags around each bucket.  Overaker had a radio and was dropped off to be a lookout.  Gerlach remained in the vehicle, while Ferguson and Meyerhoff ran across a field to the Boise Cascade office.  Meyerhoff set his device at the south back end of the office, and Ferguson set his device at the north back end of the office.  They then ran back to the van and picked up Overaker.  En route to Salem on Highway 99, they heard over their scanner that the fire had been discovered.

Gerlach prepared the communique for Boise Cascade, attributing it to the ELF.  The communique accused Boise Cascade of "ravaging the forests of the Pacific Northwest," and looking toward "the virgin forests of Chile."  The communique warned:  "Let this be a lesson

Page 31  -  **Government's Sentencing Memorandum**