northeast corner of the building.  She then walked back to the alley, got on her bicycle and rode to where they had parked the car.  Although the second incendiary device did ignite, the fire extinguished itself inside the backpack.

No communique was issued because one of the devices did not function as intended and the other caused only minimal damage.

**16.  Superior Lumber Company arson, Glendale, Oregon, January 2, 2001**



**Participants:**

Jacob Ferguson

Stanislas Meyerhoff

Kevin Tubbs

Suzanne Savoie

Daniel McGowan

At approximately 2:00 a.m. on Tuesday, January 2, 2001, Thomas John Denys, a resident of Glendale, Oregon, left his home and observed flames coming from the west side of the Superior Lumber Company at 2695 Glendale Valley Road.  He promptly called 911.  The Glendale Rural Fire Department responded at 2:29 a.m. and discovered fire coming out of the windows and roof on the east and west sides of the main office building.  Despite prompt response and vigorous fire suppression efforts, the damage to the building was $1,041,696.00.

Investigation determined this to be an arson fire, caused by two incendiary devices containing ignitable liquids.

Jacob Ferguson, Stanislas Meyerhoff, Kevin Tubbs, Suzanne Savoie and Daniel McGowan were responsible for the arson at Superior Lumber Company, which was targeted because of its involvement in the purchase of timber. Meyerhoff prepared the timing devices beforehand. On the day of the arson, the five of them, dressed in dark clothing and carrying radios, drove from Eugene to Glendale in two vehicles. They stopped at a rest area and left one of the vehicles. Tubbs was the driver of the vehicle they took to Glendale. Once they arrived, Tubbs first let out Savoie, who acted as a lookout at a telephone booth on the south side of Superior Lumber Company. McGowan served as a lookout on the north side and hid in the bushes. Tubbs then dropped Meyerhoff and Ferguson off near the main office and parked north of the facility while he waited for their call. Ferguson set up his incendiary device on the west or back side of the office, underneath a window. Meyerhoff set up the other device. As soon as they were finished, they called Tubbs to pick them up. Tubbs drove to the facility, first picking up Savoie, then Meyerhoff and Ferguson, and finally, McGowan. They then left the area and drove back to the rest stop where they picked up the other vehicle. On the way back to Eugene, they heard on their scanners about the emergency calls for the fire at Superior Lumber Company.

McGowan and Savoie spent the night in her van in Eugene. The next day they drove to Portland, where the two of them wrote the communique, attributing the arson to ELF. Calling Superior Lumber a "typical earth raper contributing to the ecological destruction of the Northwest," the communique concluded:

Page 37  -  **Government's Sentencing Memorandum**