What happened should shock no one.  This year, 2001, we hope to see an escalation in tactics against capitalism and industry.  While Superior Lumber says, "Make few items, and do it better than anyone else," we say, "choose an earth raper, and destroy them."

### 17.  Romania Chevrolet Truck Center, Eugene, Oregon, March 30, 2001



**Participants:**

Stanislas Meyerhoff

Kevin Tubbs

William Rodgers

Nathan Block

Joyanna Zacher

At approximately 2:40 a.m. on March 30, 2001, Perry Arnold Williams, Jr., a driver for Sani-Pac who was on his assigned route, observed a fire in one of the vehicles on the Romania Chevrolet Truck Center lot at 1425 Walnut Street in Eugene.  He immediately called 911, and the Eugene Fire Department responded to the scene within minutes.  On arrival, the first fire engine reported 10 vehicles on fire.  Despite vigorous fire suppression efforts, the fire continued to build, ultimately destroying or damaging 35 sport utility vehicles (SUVs) in two rows along the sidewalk on the east side of Walnut Street.  All the vehicles were new 2001 Chevrolet Suburbans or Tahoes.  The damage to the vehicles totaled $959,000.

Investigation determined it was an arson fire, caused by an incendiary device under the left rear portion of one of the vehicles. Upon ignition, the fire spread from the device through connected cloth "trailer" material to additional containers holding flammable liquids.

Page 38  -  **Government's Sentencing Memorandum**

Stanislas Meyerhoff, Kevin Tubbs, William Rodgers, Nathan Block and Joyanna Zacher were responsible for the arson at the Romania Chevrolet Truck Center.  The site was chosen as a "statement of defiance," in honor of Jeffrey Luers, who had been charged for an earlier arson at the same location.[6]  The participants decided to use only "outsiders," that is, persons not living in Eugene, so Jacob Ferguson, a Eugene resident at the time, did not participate.

Several "recons" were done of the Romania Chevrolet Truck Center prior to the arson, during which particular attention was paid to the security guard's routine, trying to determine an established pattern and schedule.  On the night of the arson, Rodgers drove the van, and Tubbs and Zacher were the lookouts.  After the security guard made his pass by the area, Meyerhoff and Block crawled under the SUVs and set the device attached to "trailers," i.e., sheets soaked in gasoline joining the vehicles.  They set the device to ignite before the guard returned.  They quickly left the area and met near Interstate 5 where they had parked their other vehicles.  Rodgers, Block and Zacher then returned to Olympia, Washington, where they were living at the time.

Following the arson, an anonymous communique was issued which made no reference to ELF.  The communique was a group effort and was shown to Daniel McGowan, who, during a later consensual recording, acknowledged he had seen the communique and regretted he had not taken out its reference to Jeffrey Luers.  The communique tied the arson to the upcoming trial of Luers and his co-defendant.  Alleging they were being "persecuted," the communique said, "The

---

[6] Luers first trial resulted in a mistrial because of the death of his defense attorney.  His second trial was scheduled to begin on April 5, 2001.  He was subsequently convicted and sentenced to 266 months' imprisonment for the first Romania arson and an attempted arson at another site.  An appeal of that case has recently resulted in a reversal by the Oregon Court of Appeals with respect to sentencing issues.