techno-industrial state thinks it can stop the growing resistance by jailing some of us, but they cannot jail the spirit of those who know another world is possible." It spoke out against "the prison system," and called for others to "strike out," lest all be "held captive by the state."

**18. Jefferson Poplar Farm arson, Clatskanie, Oregon, May 21, 2001**





**Participants:**

Stanislas Meyerhoff

Suzanne Savoie

Daniel McGowan

Nathan Block

Joyanna Zacher

Jefferson Poplar Farm, located at 79114 Collins Road, is an isolated rural area approximately five miles north of the town of Clatskanie, Oregon. It has two sites encompassing approximately 7,000 acres and several outbuildings, all having the same address but separated by

approximately a quarter mile on opposite sides of Collins Road.  The farm is used to grow and harvest hybrid poplar/cottonwood trees used in the manufacture of paper.

At approximately 2:23 a.m. on Monday, May 21, 2001, Terry Powell, a neighbor on Collins Road, heard what he thought was a gun shot and observed flames surrounding three of the buildings of the farm.  He immediately called 911, and the Clatskanie Fire and Police Departments were the first responders to the scene.  Despite vigorous fire suppression efforts, two buildings and a total of 18 vehicles and a trailer were destroyed by the fire.  In addition, a storage facility was spray-painted with graffiti, including the words  "ELF" and "YOU CANNOT CONTROL WHAT IS WILD!"  The total damage to the farm from the fire and vandalism was approximately $994,412.42.

Investigation determined this to be an arson fire, caused by time-delayed incendiary devices placed at or near the two buildings destroyed by fire.  In addition, three intact devices which failed to ignite were found at a third building, which was undamaged.

Stanislas Meyerhoff, Suzanne Savoie, Daniel McGowan, Nathan Block and Joyanna Zacher were responsible for the arson at the Jefferson Poplar Farm.  In addition, Jacob Ferguson, Chelsea Gerlach and Kevin Tubbs each participated in at least one "recon" of the farm.

The arson at Jefferson Poplar Farm was to be part of a "double whammy," that is, the arson at Clatskanie was to be committed on the same day as an arson at the University of Washington, by two separate teams acting on behalf of the Earth Liberation Front.[7]

On the day before the arson, Savoie drove to Olympia, where she met with McGowan, Block, Zacher and Meyerhoff at Zacher's residence.  It was decided that Savoie would be the

---

[7]  Meyerhoff attributes the idea for the "double whammy" to William Rodgers.

Page 41  -  **Government's Sentencing Memorandum**