driver, and she drove to Jefferson Poplar Farm, dropped everyone off, and drove to a pullout where she parked and served as a lookout.  Meyerhoff, McGowan and Block were dropped off at the office, where Meyerhoff set at least two devices, one near the steps to the office and another outside underneath a window.  McGowan carried the buckets of fuel and set one of the devices himself.  After setting the devices at the office, Meyerhoff and McGowan ran to the barn area where Meyerhoff set the timers.  Meyerhoff also placed a timing device on a bucket which one of the others had placed near what Meyerhoff thought was a natural gas valve or meter. "Trailers," i.e., fuel-soaked strips of fabric similar to those used at the Romania Chevrolet Truck Center arson, were also connected among the vehicles in the pole barn.  After the devices were set, Savoie was radioed to pick them up, and they drove back to Olympia.

Afterward, a communique prepared by McGowan and others attributing the Jefferson Poplar Farm arson to ELF was sent by Gerlach.  The communique stated the motive for the crime:

> We torched Jefferson Poplar because hybrid poplars are an ecological nightmare threatening native biodiversity in the ecosystem.  Our forests are being liquidated and replaced with monocultured tree farms so greedy, earth raping corporations can make more money.

> Pending legislation in Oregon and Washington further criminalizing direct action in defense of the wild will not stop us and only highlights the fragility of the ecocidal empire.

Page 42  -  **Government's Sentencing Memorandum**

**19. University of Washington Horticulture Center arson, Seattle, Washington, May 21, 2001**



**Participants:**

William Rodgers

Justin Solondz

Briana Waters

Jennifer Kolar

Lacey Phillabaum

On May 21, 2001, at approximately 3:20 a.m. police and fire units responded to the University of Washington Center for Urban Horticulture, Seattle, Washington, and observed flames coming from Merrill Hall. Merrill Hall was the largest of three separate buildings which were connected by breezeways and situated to create a central courtyard. Merrill Hall contained office and laboratory space along with a library. Responding fire personnel initially employed a defensive operation due to the size and intensity of the fire as well as concerns about hazardous materials. Fire damage to the interior of Merrill Hall was extensive, and all contents of the structure sustained extensive heat, charring, smoke, and water damage. Merrill Hall was considered a total loss, with damages estimated at $3,312,434.95.

Investigators determined the fire was the result of arson and recovered remains of at least one timed-incendiary device from the office of Professor Toby Bradshaw. The device was