composed of a digital timer, a roadside-type flare, an ignition system involving matches, and gasoline stored in plastic containers.

Cooperating defendants have placed responsibility for the attack on Merrill Hall with William C. Rodgers, Briana S. Waters (who has pleaded not guilty and has trial scheduled for September 2007 in the Western District of Washington),  Justin F. Solondz (fugitive), Jennifer L. Kolar (pleaded guilty in the Western District of Washington in October 2006), and Lacey A. Phillabaum (pleaded guilty in the Western District of Washington in October 2006).

A communique was released to the news media, approximately one week later, claiming the arson in the name of ELF.  The communique advised that the cell had targeted Professor Bradshaw because of his research on the genetic engineering of poplar trees.  It mocked the firefighters for their allegedly "slow and poorly coordinated response" to the fire.  The communique also stated the attack was coordinated with the arson at the Jefferson Poplar Tree Farm in Clatskanie, Oregon, which occurred on the same day.  Citing an earlier arson at Michigan State University, the communique warned that "universities [that] continue to pursue this reckless 'science' . . . run the risk of suffering severe losses."

Page 44  -  **Government's Sentencing Memorandum**

**20. Litchfield BLM Wild Horse Corrals arson, Litchfield, California, October 15, 2001**



**Participants:**

Stanislas Meyerhoff

Joseph Dibee

Jennifer Kolar

Darren Thurston

Rebecca Rubin

Kevin Tubbs

On October 15, 2001, four incendiary devices were placed at the BLM Wild Horse Corrals in Litchfield, California. The device placed in the hay storage pole barn ignited, and the resulting fire destroyed the 35' x 135' barn. Damages were estimated to be $207,497.60.

Each incendiary device consisted of a five-gallon plastic bucket which contained a mixture of gasoline and a heavy petroleum distillate. The devices had sophisticated delayed igniters with redundant dual timers. The timers consisted of an electronic alarm clock functioning to complete an electric circuit between a 9-volt battery and a rocket igniter. The igniter was placed between matches surrounding a road flare. The road flare was on a lid above the bucket of fuel and served to ignite it.

Joseph Dibee, Stanislas Meyerhoff, Darren Thurston, Jennifer Kolar, Rebecca Rubin, Kevin Tubbs, and others were responsible for the arson.

Page 45  -  **Government's Sentencing Memorandum**